

Official website of the Department of Homeland Security

U.S. Department of Homeland Security

# Check Status of Request

To check the status of requests submitted to the DHS Privacy Office, The Office of Intelligence and Analysis (I&A), the Federal Emergency Management Agency (FEMA), National Protection and Programs Directorate (NPPD), Office of Biometric Identity Management (OBIM), Science and Technology Directorate (S&T), Immigration and Custom Enforcement (ICE), Transportation Security Administration (TSA), and the U.S Coast Guard (USCG) you may use the online check status capability below. Simply enter your request number and click the "Check Status" button.

DHS Requests Response Time for Processed and Pending Requests - Average No. of Days Simple is 21.24 Days and Complex is 111.59 Days.  For component specific response times, please refer to the latest FOIA annual report.

To check the status of requests submitted to the U.S. Customs and Border Protection (CBP), click here. (https://foia.cbp.gov/palMain.aspx)

To check the status of requests submitted to the U.S. Citizenship and Immigration Services (USCIS), click here. (https://egov.uscis.gov/foiawebstatus/)

*Status of requests are updated nightly.

    The number you entered is **2018-ICFO-20353**

    Request Number: 2018-ICFO-20353
    Received Date: 12/08/2017
    Request Status: Request for Docs Sent
    Estimated Delivery Date: 01/29/2018
    Closed Date:

    Check performed on 04/04/2018 01:52:10 PM EDT
    Status information is current as of 04/04/2018

**Enter Request Number** *

Check Status